WALSH and others *against* SACKRIDER.

THE defendant is an attorney of this court, and the suit was brought against him on a note for a sum above 25 dollars, but less than 50 dollars, and a judgment was given for the plaintiff, on a *cognovit*, for less than 50 dollars.

The question was, whether the defendant was liable to pay supreme costs; and if not, whether the plaintiff was liable to pay costs to the defendant.

*Per Curiam.* Full costs are recoverable against the defendant. The case of *Bailey* (1 *Johns. Cas.* 32.) is in point. The reason is, that the plaintiff could not safely sue the defendant elsewhere, for he would have been entitled to his privilege of this court, and could have abated the suit.

Where an attorney of this court is sued, and judgment is recovered for a sum exceeding 25 dollars, but less than 50 dollars, the plaintiff is entitled to full costs.